**RQ SQUARED, LLC, Plaintiff-Appellant**

v.

**UNITED STATES, Defendant-Appellee**

**2017-1632**

United States Court of Appeals, Federal Circuit.

January 11, 2018

ADAM MILLER, Buckley Sandler LLP, Washington, DC, argued for plaintiff-appellant. Also represented by CHRISTOPHER REGAN, TIMOTHY COLEY.

DAVID MICHAEL KERR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM.

(Newman, Wallach, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**